UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO PEÑA SALVADOR, | CASE NO. C26-0201JLR |
| Petitioner, | ORDER |
| v. | |
| JEFFEREY PERKINS, | |
| Respondent. | |

## I.   INTRODUCTION

Before the court is United States Magistrate Judge Grady J. Leupold's's report and recommendation, in which he recommends that the court dismiss *pro se* Petitioner Alejandro Peña Salvador's 28 U.S.C. § 2254 petition for writ of habeas corpus as time-barred. (R&R (Dkt. # 13); *see* Petition (Dkt. # 5).)  No objections were filed.  (*See generally* Dkt.)  The court has considered the report and recommendation, the relevant portions of the record, and the governing law.  Being fully advised, the court ADOPTS

ORDER - 1

Magistrate Judge Leupold's report and recommendation and DISMISSES Petitioner's petition for writ of habeas corpus.

## II.   ANALYSIS

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters.  Fed. R. Civ. P. 72(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

No party has filed objections in this matter.  (*See generally* Dkt.)  The court has carefully reviewed the report and recommendation and agrees with Magistrate Judge Leupold's recommendations.  Therefore, the court ADOPTS Magistrate Judge Leupold's report and recommendation in full.

## III.   CONCLUSION

For the foregoing reasons, the court ADOPTS Magistrate Judge Leupold's report and recommendation (Dkt. # 13).  Accordingly, the court ORDERS as follows:

1.      Petitioner's petition for writ of habeas corpus (Dkt. # 5) is DISMISSED with prejudice;

2.      A certificate of appealability is DENIED for the reasons set forth in the report and recommendation; and

ORDER - 2

3.      The Clerk is DIRECTED to send copies of this order to the parties and to Magistrate Judge Leupold.

Dated this 8th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3