UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO PENA-SALVADOR, | CASE NO. C26-0201JLR |
| Petitioner, | MINUTE ORDER |
| v. | |
| JEFFERY PERKINS, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Petitioner Alejandro Pena-Salvador's motion to proceed *in forma pauperis* ("IFP") on appeal.  (Mot. (Dkt. # 16).)  Federal Rule of Appellate Procedure 24 sets forth that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court" and attach an affidavit that shows the party's inability to pay fees and costs, claims an entitlement to redress, and states the issue that the party intends to present on appeal.  Fed. R. App. P. 24(a)(1).  On May 4,

MINUTE ORDER - 1

2026, Petitioner filed the motion asserting that he intends to appeal the court's denial of his § 2254 motion and included with it an affidavit stating that he is indigent.  (*See* Mot.; *see also* Aff. (Dkt. # 16 at 1-3) at 1.)  Accordingly, the court finds that Petitioner's appeal is taken in good faith and that he is otherwise eligible to proceed IFP on appeal.

Filed and entered this _20th_ day of May, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2